# PRISONERS DATABASE



1:23CV1283

[MAIN PAGE](#)

## All Records for Jahmal Hawkins AKA:

| RecordID | PrisonerID | File Date | Judge | RecDate | Office | Year | CV | Num | Action | Disposition | Three Strikes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 34310 ADD RECORD | 134621 | 2023-09-20 | Brinkema | 2023-09-18 | 1 | 23 | cv | 9999 | 42:1983pr | | --- |
| 34291 ADD RECORD | 134621 | 2023-09-12 | Brinkema | 2023-09-08 | 1 | 23 | cv | 1250 | 42:1983pr | | |
| TOTAL RECORDS:2 | | | | | | | | | | | |